# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CASE NO. 6:25-cr-10087-JWB-1-5**

**FILED UNDER SEAL**

**WILLIAM BRIGHT,**
**aka "Bill Bright"**
**ANGELA JONES,**
**AUSTIN BURNETT,**
**DELBERT FLANDERS, and**
**COLE MORIN**
**aka "Cole Alexander"**

**Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

**COUNT 1**

**Sexual Exploitation of a Child – Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about May 13, 2024, in the District of Kansas, the defendant,

**WILLIAM BRIGHT,**
**aka "Bill Bright"**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 1 (a child

15 years or younger whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT 2

**Sexual Exploitation of a Child – Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about October 25, 2024, in the District of Kansas, the defendant,

**WILLIAM BRIGHT,**
**aka "Bill Bright"**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 1 (a child under the age of 16 whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign

commerce by any means, including by computer, and if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT 3

**Sexual Exploitation of a Child – Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about April 23, 2025, in the District of Kansas, the defendant,

**WILLIAM BRIGHT,**
**aka "Bill Bright"**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 1 (a child under the age of 16 whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT 4

**ATTEMPTED COERCION AND ENTICEMENT OF A MINOR**
**[18 U.S.C. § 2422(b)]**

Between June 18, 2025 and June 22, 2025, in the District of Kansas and elsewhere, the defendant,

**WILLIAM BRIGHT,**
**aka "Bill Bright"**

using a facility and means of interstate commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 5

**Possession of Child Pornography**
**[18 U.S.C. 2252A(a)(5)(B)]**

On or about June 22, 2025, in the District of Kansas, the defendant,

**WILLIAM BRIGHT,**
**aka "Bill Bright"**

knowingly possessed and accessed with intent to view any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 6

**Sexual Exploitation of a Child – Production of Child Pornography**
**[18 U.S.C. § 2251(b) and (e)]**

Beginning on a date unknown and through a date unknown until July 16, 2025, in the District of Kansas, the defendant,

**ANGELA JONES**,

having custody or control of a minor, Minor Victim 1, (a child under the age of 16 whose identity is known to the Grand Jury), did knowingly permit Minor Victim 1 and did knowingly assist another person to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing and having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and knowing or having reason to know that such visual depiction would be produced using materials that had been mailed, shipped, and transported in and affecting interstate or foreign commerce, and such visual depiction was transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce.

In violation of Title 18 United States Code, Section 2251(b).

## COUNT 7

**Sexual Exploitation of a Child – Attempted Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about December 1, 2024, in the District of Kansas, the defendant,

**AUSTIN BURNETT,**

did employ, use, persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 8

**ATTEMPTED COERCION AND ENTICEMENT OF A MINOR**
**[18 U.S.C. § 2422(b)]**

Between December 1, 2024, and continuing until at least April 22, 2025, in the District of Kansas and elsewhere, the defendant,

**AUSTIN BURNETT,**

using a facility and means of interstate commerce, knowingly persuaded, induced, enticed, and coerced an individual and attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 9

**Sexual Exploitation of a Child – Attempted Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about May 10, 2025, in the District of Kansas, the defendant,

**DELBERT FLANDERS,**

did employ, use, persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 10

**Sexual Exploitation of a Child – Attempted Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about May 15, 2025, in the District of Kansas, the defendant,

**DELBERT FLANDERS,**

did employ, use, persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 11

**Sexual Exploitation of a Child –Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about May 2, 2025, in the District of Kansas, the defendant,

**COLE MORIN**
**"aka Cole Alexander"**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 1 (a child under the age of 15 whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1-11 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a) and Title 18, United States Code, Section 2428(b).

2. Upon conviction of one or more of the offenses set forth in Counts 1-3 and 5-7, 9-11, the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, and including but not limited to:

A. Samsung Galaxy S22 Ultra; IMEI 352382240069043; s/n RFCT90WA2FH

B. Motorola Moto G; IMEI 352467651221843; s/n ZY32L5GF99

3. Upon conviction of the offense set forth in Counts 4 and 8, the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, including but not limited:

A. Samsung Galaxy S22 Ultra; IMEI 352382240069043; s/n RFCT90WA2FH

B. Motorola Moto G; IMEI 352467651221843; s/n ZY32L5GF99

A TRUE BILL.

eptember 3, 2025
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

**Counts 1-3; 6-7; 9-11: Sexual Exploitation of a Child (Production and Attempt to Produce Child Pornography)**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years.

- If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years.

- If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life.18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).
- An additional assessment of not more than $50,000.00. 18 U.S.C. §2259A(a)(3).

**Counts 4, 8: Attempted Coercion and Enticement of a Minor [18 U.S.C. § 2422(b)]**

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life. 18 U.S.C. § 2422(b).
- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(4).
- Restitution. 18 U.S.C. §§2429 and 3663A

**Count 5: Possession of Child Pornography**

- Punishable by a term of imprisonment of not more than ten (10) years; but if any image of

child pornography involved in the offense involved a prepubescent minor or a minor who had not attained the 12 years of age then not more than twenty years (20) years impriosnmnet.

- If such person has a prior conviction under chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than ten (10) years nor more than twenty (20) years. 18 U.S.C. § 2252A(b)(2).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.00. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An assessment of not more than $17,000.00. 18 U.S.C. § 2259A(a)(1).